**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. | No. C 08-2787 MHP (pr) |
| | No. C 08-2859 MHP (pr) |
| EDGAR LEE WARREN, | No. C 08-2861 MHP (pr) |
| | No. C 08-2862 MHP (pr) |
| Plaintiff. | |
| _____/ | **ORDER OF TRANSFER** |

Edgar Lee Warren filed these four pro se civil rights actions under 42 U.S.C. § 1983, complaining of acts and omissions at the Butte County Jail in Oroville, California. Oroville is in Butte County, and that county is within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Defendants are individuals employed at the jail as well as the municipality of Butte County; they apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer these matters forthwith.

    IT IS SO ORDERED.

DATED: June 17 , 2008

_____
Marilyn Hall Patel
United States District Judge