IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

    Plaintiff,                    No. CIV S-08-1682 KJM P

    vs.

BUTTE COUNTY JAIL,

    Defendant.          ORDER

_____/

        A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to keep the court apprised of his current address. <u>See</u> Local Rules 83-182(f) and 11-110.

DATED: August 20, 2008.

                                    U.S. MAGISTRATE JUDGE

2/ke
warr1682.33a

1